IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BLACKBURN LAW FIRM, PLLC, et al.**                  **PLAINTIFFS**

**V.**                  **NO. 3:20-CV-38-DMB-JMV**

**ALLIED WORLD INSURANCE
COMPANY**                  **DEFENDANT**

## FINAL JUDGMENT

In accordance with this Court's order issued March 3, 2021, the claims against Allied World Insurance Company are **DISMISSED with prejudice**.

**SO ORDERED**, this 4th day of March, 2021.

                 **/s/Debra M. Brown**
                 **UNITED STATES DISTRICT JUDGE**